# EXHIBIT 1

# KANSAS STANDARD OFFENSE REPORT

**FRONT PAGE OPEN PUBLIC RECORD**

PAGE **1 of 4**

☒ INITIAL  ☐ DELETE  ☐ MODIFY  ☐ ADD

☐ ON VIEW  ☒ DISPATCHED  ☐ CITIZEN

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER |
|---|---|---|
| **Gardner Police Department** | **KS0461200** | **2302498** |

## INCIDENT

| DATE OFFENSE STARTED (MMDDCCYY) | TIME (HHMM) | DATE OFFENSE ENDED (MMDDCCYY) | TIME (HHMM) | DATE OF REPORT (MMDDCCYY) |
|---|---|---|---|---|
| **08/23/2023** | **11:23** | **08/23/2023** | **11:23** | **08/23/2023** |

EXCEPTIONAL CLEARANCE DATE (MMDDCCYY)  EXCEPTIONAL CLEARANCE:
A. ☐ DEATH OF OFFENDER  B. ☐ PROSECUTION DENIED  C. ☐ EXTRADITION DENIED
D. ☐ VICTIM REFUSES TO TESTIFY  E. ☐ JUVENILE - NO CUSTODY  N. ☒ NOT APPLICABLE

| LOCATION OF OFFENSE | REPORT AREA | TIME REPORTED | TIME ARRIVED | TIME CLEARED |
|---|---|---|---|---|
| **713 S MEADOWBROOK ST, GARDNER, KS 66030** | | **11:23** | **11:30** | **13:08** |

## OFFENSE #1

| CHAPTER SECTION SUB 1 SUB 2 | | | CHAPTER SECTION SUB 1 SUB 2 | | |
|---|---|---|---|---|---|
| **21-5803.B.1.A** | ☐ ATTEMPTED ☒ COMPLETED | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | | ☐ ATTEMPTED ☐ COMPLETED | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION |

DESCRIPTION: **CRIMINAL DEPRIVATION OF PROPERTY MOTOR VEHICLE (21-5803.B.1.A)**

DESCRIPTION:

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| **08** | | **88** | | F. ☐ FORCE  N. ☐ NO FORCE |

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| | | | | F. ☐ FORCE  N. ☐ NO FORCE |

**TYPE OF THEFT**
M. ☐ COIN MACHINE
B. ☐ FROM BUILDING
A. ☐ M V PARTS & ACC.
L. ☐ SHOPLIFTING
P. ☐ POCKET-PICKING
S. ☐ PURSE SNATCHING
E. ☐ EMBEZZLEMENT
V. ☐ POSS. STOLEN PROP.
V. ☒ MOTOR VEHICLE
F. ☐ THEFT FROM M V
O. ☐ ALL OTHER
N. ☐ NOT APPLICABLE

**TYPE OF FORCE / WEAPON**
11. ☐ FIREARM ☐ AUTO
12. ☐ HANDGUN ☐ AUTO
13. ☐ RIFLE ☐ AUTO
14. ☐ SHOTGUN ☐ AUTO
15. ☐ OTHER FIREARM ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3)**
A. ☐ ALCOHOL
C. ☐ COMPUTER EQUIP.
D. ☐ DRUG / NARCOTICS
N. ☒ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)**
B. ☐ BUYING / RECEIVING
C. ☐ CULT / MANU / PUBL
D. ☐ DIST / SELLING
E. ☐ EXPLOIT. CHILDREN
O. ☐ OPER/PROMOTE
P. ☐ POSSESS / CONCEAL.
T. ☐ TRANS/TRANSMIT IMPORT
U. ☐ USING/CONSUMING
J. ☐ JUVENILE GANG
G. ☐ OTHER GANG
N. ☐ NO GANG INVOLVEMENT
ASSIST

LOCAL CODE

**TYPE OF THEFT** (right side)
M. ☐ COIN MACHINE
B. ☐ FROM BUILDING
A. ☐ M V PARTS & ACC.
L. ☐ SHOPLIFTING
P. ☐ POCKET-PICKING
S. ☐ PURSE SNATCHING
E. ☐ EMBEZZLEMENT
V. ☐ POSS. STOLEN PROP.
V. ☐ MOTOR VEHICLE
F. ☐ THEFT FROM M V
O. ☐ ALL OTHER
N. ☐ NOT APPLICABLE

**TYPE OF FORCE / WEAPON** (right side)
11. ☐ FIREARM ☐ AUTO
12. ☐ HANDGUN ☐ AUTO
13. ☐ RIFLE ☐ AUTO
14. ☐ SHOTGUN ☐ AUTO
15. ☐ OTHER FIREARM ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3)** (right side)
A. ☐ ALCOHOL
C. ☐ COMPUTER EQUIP.
D. ☐ DRUG / NARCOTICS
N. ☐ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)** (right side)
B. ☐ BUYING / RECEIVING
C. ☐ CULT / MANU / PUBL
D. ☐ DIST / SELLING
E. ☐ EXPLOIT. CHILDREN
O. ☐ OPER/PROMOTE
P. ☐ POSSESS / CONCEAL.
T. ☐ TRANS/TRANSMIT IMPORT
U. ☐ USING/CONSUMING
J. ☐ JUVENILE GANG
G. ☐ OTHER GANG
N. ☐ NO GANG INVOLVEMENT
ASSIST

LOCAL CODE

## VICTIM #1

**TYPE OF VICTIM**
I. ☒ INDIVIDUAL  S. ☐ SOCIETY / PUBLIC  R. ☐ RELIGIOUS ORGANIZATION  O. ☐ OTHER
B. ☐ BUSINESS  F. ☐ FINANCIAL INSTITUTION  G. ☐ GOVERNMENT  U. ☐ UNKNOWN

VICTIM OF OFFENSE NUMBER
1. ☒  2. ☐  3. ☐  4. ☐  5. ☐  6. ☐  7. ☐  8. ☐  9. ☐  10. ☐

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| **SMITH** | **JULIA** | **BROOKS** |

ADDRESS: STREET  CITY  STATE  ZIP
**713 S MEADOWBROOK ST, GARDNER, KS 66030**

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| **(Cell phone) (913) 226-2568** | **W** | **F** | **N** | **R** | **32** | **'1991** | **5'5"** | **120** | **BLN** | **XXX** |

| DRIVERS LICENSE NUMBER | DL STATE | EMPLOYER / SCHOOL |
|---|---|---|
| **K02099550** | **KS** | |

TELEPHONE NUMBER (WORK/SCHOOL)  ADDRESS: STREET  CITY  STATE  ZIP

CIRCUM. AGG ASLT/BATTERY (MAX 2)
1. **SE**  2.

VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS)
1.  2.  3.  4.  5.  6.  7.  8.  9.  10.

TYPE OF INJURY ( MAX 5)
1.  2.  3.  4.  5.

☐ RP  ☐ DC  ☒ W  ☐ O

| NAME: LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| **WINDLER** | **ERIC** | **JAMES** | **1900 E 153RD TER, OLATHE, KS 66062** | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES./N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| **(Cell phone) (913) 285-2815** | **W** | **M** | **N** | **N** | **30** | **'1993** | **5'10"** | **175** | **BRO** | **BRO** |

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|---|
| **LENEXA POLICE DEPARTMENT** | **12500 W. 87TH STREET PARKWAY, LENEXA, KS 66215** | | | | |

## PROP. DESC.

| TYPE LOSS | PROPERTY / DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | DATE RECOVERED |
|---|---|---|---|---|---|---|---|
| **5,7** | **0402** | **2019 SUBA ASC-154FLW-4S4WMAFD8K3414140** | **1** | | | **0** | **08/23/2023** |
| **5,7** | **0402** | **2018 MAZD Mazda 3-727LPH-3MZBN1V39JM230098** | **1** | | | **0** | **08/23/2023** |
| | | | | | | | |
| | | | | | | | |

| REPORTING OFFICER | BADGE # | DATE | COPIES TO | PROPERTY TOTAL |
|---|---|---|---|---|
| **CURRY, KEVIN** | **20103** | **08/23/2023** | | **0** |

**CRIMINAL INVESTIGATION RECORD** / **NOT AN OPEN PUBLIC RECORD**

| KS AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | |
|---|---|---|---|
| KS0461200 | 2302498 | 08/23/2023 | PAGE  **2 of 4** |

## METHOD

**INSTRUMENT USED FOR ENTRY:**
1. ☐ KEY  5. ☐ BOLT CUTTER  9. ☐ THROWN OBJECT
2. ☐ PRY TOOL  6. ☐ CHOPPING TOOL  10. ☐ OTHER
3. ☐ SAW / DRILL  7. ☐ VICE GRIPS  11. ☒ NOT APPLICABLE
4. ☐ HAMMER  8. ☐ PHYSICAL FORCE

**POINT OF ENTRY**
9. ☒ NOT APPLICABLE
1. ☐ FRONT  2. ☐ REAR
3. ☐ SIDE  4. ☐ ROOF

**POINT OF EXIT**
9. ☒ NOT APPLICABLE
1. ☐ FRONT  2. ☐ REAR
3. ☐ SIDE  4. ☐ ROOF

**PREMISE NEIGHBORHOOD**
R. ☐ RURAL / FARM / AGRICULTURE
S. ☒ SUBURBAN / RESIDENCE
B. ☐ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

**SAFE ENTERED**
1. ☐ YES  3. ☐ ATTEMPTED  5. ☐ PEELED  7. ☐ COMBINATION KNOWN
2. ☐ NO  4. ☐ REMOVED  6. ☐ EXPLODED  8. ☒ NOT APPLICABLE

**INCIDENT ACTIVITY**
G. ☐ GANG RELATED
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT
D. ☒ DOMESTIC VIOLENCE
S. ☐ DRIVE BY SHOOTING
J. ☐ CAR JACKING
N. ☐ NOT APPLICABLE

## SUSPECT #1

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| SMITH | MICAH | LAWRENCE |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 713 S MEADOWBROOK ST, GARDNER, KS 66030 | | | |

| TELEPHONE NUMBER (HOME ) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| (Cell phone) (785) 477-0546 | W | M | N | R | 31 | /1991 | 5'8" | 175 | BRO | BRO |

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|
| | | | | |

MONIKERS/ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

| SUSPECT VEHICLE: | MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|---|
| | SUBA | 2019 | ASC | Black | Sport utility (SUV) |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| 154FLW | 10/31/2023 | KS | 4S4WMAFD8K3414140 | |

## SUSPECT #

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| | | |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| TELEPHONE NUMBER (HOME ) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|
| | | | | |

MONIKERS/ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

| SUSPECT VEHICLE: | MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|---|
| | | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

**EVIDENCE INFORMATION**
☐ NONE  ☐ SUBMITTED  ☐ RETAINED BY VICTIM  ☐ RETAINED BY OFFICER  ☐ RETAINED BY INVESTIGATIVE AGENCY  ☐ TRANSFER TO OTHER AGENCY
☐ OTHER

**EVIDENCE OBTAINED**
☐ LATENT PRINTS  ☐ WEAPONS / TOOLS  ☐ SEXUAL ASSAULT KIT  ☐ STAINS  ☐ SEMEN  ☐ DRUGS
☐ OTHER PRINTS  ☐ PHOTOS  ☐ HAIR  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL
☐ OTHER

| EVIDENCE COLLECTOR | LOCATION STORED |
|---|---|
| | |

DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED

**See full Narrative on Incident Narrative Report.**

## Narrative Report

Remarks:

**GARDNER POLICE DEPARTMENT**

**INCIDENT REPORT**

**8/23/2023**

**CASE # 2302498**

On 8/23/2023 at approximately 1123 hours, I was dispatched to 713 S. Meadowbrook Street, Gardner, Kansas, reference a 911 call. Quickly after dispatching the call, I was advised through dispatch the call was likely a domestic disturbance. Dispatch advised the reporting party was trapped in her house by her ex-husband stating she cannot leave because he took all of the keys. Further, dispatch advised the RP stated she and their kids were under control by him. Lastly, dispatch advised her vehicle was also missing and she no longer felt safe in the house.

Upon arrival, I made contact with Julia Smith (W/F     1991), who was distraught. Smith advised her estranged husband, Micah Smith (W/M    91), had trapped her in their house after he took both vehicles and hid the keys. Mrs. Smith advised she allowed Mr. Smith to come back to the residence after the previous night's events (documented in 2302493) thinking he would remain civil while gathering belongings.

Mrs. Smith stated Mr. Smith was acting erratic the night prior stating he would send photographs and videos of Mrs. Smith to different numbers in Lenexa and Paola, coincidentally where her friend, Eric Windler and Taylor Windler, work, who were also involved in the photographs. Officers on scene advised Mr. Smith of the possible charges of sending these photographs, citing the statute for Blackmail. According to the report, Mr. Smith advised he would stop sending messages suggesting he would send photographs out.

Later that night, Officers were again contacted by Mrs. Smith stating Mr. Smith was making vague suicidal statements. Officers determined the location of Mr. Smith who was then contacted by Johnson County Mental Health. Officers went to the address to speak with Mr. Smith, but he was at Bass Pro Shop in Olathe allegedly buying a firearm for 'self-defense'.

These prior events have caused Mrs. Smith to be in a constant state of fear of what Mr. Smith might do if he obtained a firearm. Mrs. Smith advised their six year old stated he ultimately did not purchase a firearm, but just 'looked at them'. Mrs. Smith remained in a state of panic while I spoke with her, and wanted to know how to obtain a protection order. Around this time, her friend, Eric Windler, called on FaceTime and I spoke with him briefly. It was at this time I learned about Windler working for the Lenexa Police Department and his involvement with Mr. and Mrs. Smith. Windler advised he was deeply concerned for both families due to their relationships and the photographs/videos Mr. Smith has threatened to release. Further, Windler is concerned for the safety of the adults due to Mr. Smith's unstable behavior lately.

Mrs. Smith went on to state that today Mr. Smith walked into the residence while she was upstairs which took her by surprise. Mrs. Smith advised once Mr. Smith was inside, he advised he had to take a phone call and left. Mrs. Smith stated she did not think anything of it until she realized her other vehicle was missing, leaving her with nothing to drive. Mrs. Smith stated her husband had taken their red 2018 Mazda3 bearing Kansas license 727LPH previously, but she did not know where that was since Mr. Smith had just driven away in their black 2019 Subaru Ascent bearing Kansas license 154FLW. Mrs. Smith advised she usually drives the Subaru due to it being safer and having the car seats installed already. It was determined Mr. Smith probably parked the vehicle nearby in an attempt to make sure she could not drive anywhere, which proved to be true. Officer Fox located the vehicle a little over a block away parked near the intersection of S. Walnut Street and W. Cheyenne Street.

During her explanation of the events last night and today, and speaking with Windler on FaceTime, Mrs. Smith received a phone call from Little Building Blocks located at 29700 W. 187th Terrace, Gardner, Kansas. Staff on scene advised Mr. Smith was there to pick up their son, which she had previously warned them about due to his suicidal statements and erratic behavior. Mrs. Smith

| Report Date: | Reporting Officer: |
|---|---|
| **08/23/2023** | **#20103-CURRY, KEVIN** |

| **Narrative Report** |
|---|
| Remarks: |

stated her son was normally picked up from daycare at around 5:30PM, meaning Mr. Smith was there hours ahead of time, unannounced. Mrs. Smith believes he was trying to take the children out of school and daycare without her knowing.

Officer Fox and Corporal Tritt quickly went to Little Building Blocks where Mr. Smith was detained. Mr. Smith refused to answer any questions or make any statements.

Due to the previous night's call for service involving custody of their children in common, along with the threat of blackmail, officers determined Mr. Smith parked the Mazda a distance away in an effort to temporarily deprive Mrs. Smith of the ability to leave the residence and/or collect children from school/daycare. Mr. Smith parked the vehicle, walked to the residence and then quickly left after taking the second vehicle from the garage.

Mr. Smith was arrested and an immediate search of his person yielded both sets of keys, one for the Mazda (the only one), and one for the Subaru (one of two sets).Mr. Smith was then transported to Central Booking where he was remanded to the custody of the Johnson County Sheriff's Office pending his first appearance in District Court. Mr. Smith was charged with Deprivation of Property - Motor Vehicle Theft.

I remained on scene and issued Mrs. Smith a victim's NTA for Thursday 8/23/23 at 1:00PM. Mrs. Smith also scored a total of seven 'yes' responses on the DV Lethality form but stated she would call SAFEHOME later after she spoke with the Victim's Assistance Unit. Both of these documents have been uploaded to Evidence Library. I also collected a witness statement form from Windler advising Mr. Smith was at the residence to gather belongings, but instead took the other vehicle and left.

Officer worn body camera footage along with all scanned documents and photographs have been uploaded to Evidence Library for review.

CURRENT DISPOSITION: I request this case be cleared by ARREST.

End of report

K. Curry #729

| Report Date: | Reporting Officer: |
|---|---|
| **08/23/2023** | **#20103-CURRY, KEVIN** |

# General Report

---

Gardner Police Department ,                                                           4.1

*Police case ID:* C22306086          *Incident #(s):*    2302498

*Printed:* 08/23/2023 16:41 by 20109

*Incident:* **2302498 Auto Theft @08/23/2023 11:23**

---

*Author:*      #20103 CURRY, K.          *Report time:*  08/23/2023 16:07

*Entered by:* #20103 CURRY, K.          *Entered time:* 08/23/2023 16:07

---

***Report:***

GARDNER POLICE DEPARTMENT


INCIDENT REPORT


8/23/2023


CASE # 2302498


On 8/23/2023 at approximately 1123 hours, I was dispatched to 713 S. Meadowbrook Street, Gardner, Kansas, reference a 911 call. Quickly after dispatching the call, I was advised through dispatch the call was likely a domestic disturbance. Dispatch advised the reporting party was trapped in her house by her ex-husband stating she cannot leave because he took all of the keys. Further, dispatch advised the RP stated she and their kids were under control by him. Lastly, dispatch advised her vehicle was also missing and she no longer felt safe in the house.

Upon arrival, I made contact with Julia Smith (W/F/1991), who was distraught. Smith advised her estranged husband, Micah Smith (W/M /91), had trapped her in their house after he took both vehicles and hid the keys. Mrs. Smith advised she allowed Mr. Smith to come back to the residence after the previous night's events (documented in 2302493) thinking he would remain civil while gathering belongings.

Mrs. Smith stated Mr. Smith was acting erratic the night prior stating he would send photographs and videos of Mrs. Smith to different numbers in Lenexa and Paola, coincidentally where her friend, Eric Windler and Taylor Windler, work, who were also involved in the photographs. Officers on scene advised Mr. Smith of the possible charges of sending these photographs, citing the statute for Blackmail. According to the report, Mr. Smith advised he would stop sending messages suggesting he would send photographs out.

Later that night, Officers were again contacted by Mrs. Smith stating Mr. Smith was making vague suicidal statements. Officers determined the location of Mr. Smith who was then contacted by Johnson County Mental Health. Officers went to the address to speak with Mr. Smith, but he was at Bass Pro Shop in Olathe allegedly buying a firearm for 'self-defense'.

These prior events have caused Mrs. Smith to be in a constant state of fear of what Mr. Smith might do if he obtained a firearm. Mrs. Smith advised their six year old stated he ultimately did not purchase a firearm, but just 'looked at them'. Mrs. Smith remained in a state of panic while I spoke with her, and wanted to know how to obtain a protection order. Around this time, her friend, Eric Windler, called on FaceTime and I spoke with him briefly. It was at this time I learned about Windler working for the Lenexa Police Department and his involvement with Mr. and Mrs. Smith. Windler advised he was deeply concerned for both families due to their relationships and the photographs/videos Mr. Smith has threatened to release. Further, Windler is

concerned for the safety of the adults due to Mr. Smith's unstable behavior lately.

Mrs. Smith went on to state that today Mr. Smith walked into the residence while she was upstairs which took her by surprise. Mrs. Smith advised once Mr. Smith was inside, he advised he had to take a phone call and left. Mrs. Smith stated she did not think anything of it until she realized her other vehicle was missing, leaving her with nothing to drive. Mrs. Smith stated her husband had taken their red 2018 Mazda3 bearing Kansas license 727LPH previously, but she did not know where that was since Mr. Smith had just driven away in their black 2019 Subaru Ascent bearing Kansas license 154FLW. Mrs. Smith advised she was left with a key fob for the Subaru, which was pointless because he had the vehicle. Mrs. Smith stated she usually drives the Subaru due to it being safer and having the car seats installed already. It was determined Mr. Smith probably parked the vehicle nearby in an attempt to make sure she could not drive anywhere, which proved to be true. Officer Fox located the vehicle a little over a block away parked near the intersection of S. Walnut Street and W. Cheyenne Street.

During her explanation of the events last night and today, and speaking with Windler on FaceTime, Mrs. Smith received a phone call from Little Building Blocks located at 29700 W. 187th Terrace, Gardner, Kansas. Staff on scene advised Mr. Smith was there to pick up their son, which she had previously warned them about due to his suicidal statements and erratic behavior. Mrs. Smith stated her son was normally picked up from daycare at around 5:30PM, meaning Mr. Smith was there hours ahead of time, unannounced. Mrs. Smith believes he was trying to take the children out of school and daycare without her knowing.

Officer Fox and Corporal Tritt quickly went to Little Building Blocks where Mr. Smith was detained. Mr. Smith refused to answer any questions or make any

statements.

Due to the previous night's call for service involving custody of their children in common, along with the threat of blackmail, officers determined Mr. Smith parked the Mazda a distance away in an effort to temporarily deprive Mrs. Smith of the ability to leave the residence and/or collect children from school/daycare. Mr. Smith parked the vehicle, walked to the residence and then quickly left after taking the second vehicle from the garage.

Mr. Smith was arrested and an immediate search of his person yielded both sets of keys, one for the Mazda (the only one), and one for the Subaru (one of two sets).Mr. Smith was then transported to Central Booking where he was remanded to the custody of the Johnson County Sheriff's Office pending his first appearance in District Court. Mr. Smith was charged with Deprivation of Property – Motor Vehicle Theft.

I remained on scene and issued Mrs. Smith a victim's NTA for Thursday 8/23/23 at 1:00PM. Mrs. Smith also scored a total of seven 'yes' responses on the DV Lethality form but stated she would call SAFEHOME later after she spoke with the Victim's Assistance Unit. Both of these documents have been uploaded to Evidence Library. I also collected a witness statement form from Windler advising Mr. Smith was at the residence to gather belongings, but instead took the other vehicle and left.

Officer worn body camera footage along with all scanned documents and photographs have been uploaded to Evidence Library for review.

CURRENT DISPOSITION: I request this case be cleared by ARREST.

End of report

K. Curry #729

# Gardner Police Department

| Narrative Report |
|---|

Remarks:                          **Contact / Arrest of Micah Smith**

**Gardner Police Department Patrol Division**

**Supplemental Report**

**Gardner PD Case #: 2302498**

**Report Type: Criminal Deprivation of Property**

**Victim: Julia Smith**

**Suspect/Offender: Micah Smith**

**Reporting Officer: Officer C. Tritt 754**

**On Wednesday 08/23/2023 at approximately 1124 hrs, I was on routine patrol in the city limits of Gardner, Kansas 66030. I was operating a black Ford Explorer (Patrol Unit #127) with emergency lights and WatchGuard audio / video. Officers were dispatched to a disturbance call at 713 S Meadowbrook Street, Gardner, Kansas 66030. Dispatch notes stated the reporting person's ex-husband trapped her in the house.**

**The below information, which is not verbatim, is a synopsis of the information provided. For a complete transcript of the incident, refer to the audio recording attached to this report.**

**I arrived on scene after Officer Curry and Officer Fox. They were talking with the reporting person, who was identified as Julia smith (DOB:        1991). Officer Fox left the residence to check the immediate area for a vehicle involved in the incident. My understanding of the incident was Julia's estranged husband, Micah Smith (DOB:        1991), took both of their vehicles from the residence, leaving her stranded at their residence.**

**I was informed there was an incident the previous night (Case #2302493) where officers were called and threats were made by Micah. While on scene with Officer Curry, I went to my car to review the information about Case 2302493. While reading the report, Officer Curry informed me Micah was currently at Little Building Blocks (29700 W 187th Terrace, Gardner, Kansas 66030) attempted to pick up one of their children from daycare, five (5) hours early from the normal pickup time.**

**I went to Little Buildings Blocks to contact Micah. I asked Officer Curry if he had any charges at the moment. Officer Curry requested I detain Micah while he continued his investigation. I arrived and located Micah inside the building, standing in the hallway. I asked Micah to come outside with me. Once outside, I informed Micah he was currently being detained while officers investigated the current incident.**

**I had Micah sit in the rear passenger seat of my patrol unit. I informed Micah I was going to review the information from the incident from the previous night. I reviewed the case and took possession of Micah's phone for charges for Case #2302493. Officer Fox arrived on scene at this time.**

**I contacted Officer Curry to get an update on this incident. Officer Curry advised Julia typically drives their Subaru SUV as a daily driver due to it being a safer vehicle and having the car seats in it. I was told Micah typically drives the Mazda as his daily driver. Officer Curry informed me Micah parked his Mazda on S. Walnut Street, near the intersection of Walnut/W. Cheyenne Street, with no apparent reason and then walked home with the garage door opener. Once home, Micah opened the garage door, yelled something to Julia then left the residence in the Subaru. This left Julia without a vehicle and she advised she did not have a set of keys to the Mazda and did not even know where either of the vehicles were currently at. Officer Curry informed me due to last night's events and today's incident he wanted to arrest and lodge Micah at Central Booking (101 N. Kansas Ave, Olathe, Kansas 66061) for domestic related Criminal Deprivation of Property. I informed Officer Curry I would contact the On-Call District Attorney with Johnson County District Court to check if we had enough to arrest for the charge.**

| Report Date:<br>**08/23/2023** | Reporting Officer:<br>**#20109 TRITT, C.** |
|---|---|

# Gardner Police Department

## Narrative Report

Remarks:                                   **Contact / Arrest of Micah Smith**

I contacted the On-Call DA and provided the information about the incidents. I was advised we would be ok to arrest on the information I provided. I ended the call then advised Officer Curry we were good to make an arrest. Officer Fox and I had Micah step out of my patrol unit. Officer Fox placed handcuffs on Micah and escorted him to the rear driver's side seat of Officer Fox's patrol unit. Officer Fox transported Micah to Central Booking (101 N. Kansas Ave, Olathe, Kansas 66061).

End of my duties.

I attached my WatchGuard body camera to the evidence library.

End of report.

C. Tritt 754

| Report Date:<br>**08/23/2023** | Reporting Officer:<br>**#20109 TRITT, C.** |
|---|---|

| **Narrative Report** |
|---|

Remarks: **Arrest of Micah Smith**

**GARDNER, KANSAS POLICE DEPARTMENT**

**KS0461200**

**CASE NUMBER: 2302498**

**DATE: 8/23/23**

**On August 23, 2023, at approximately 1123 hours, I was dispatched to 713 S Meadowbrook Street, Gardner, KS, along with Officer Curry, in reference to an unknown 911 call.**

**Upon arrival. as Officer Curry began investigating the incident, I was notified that it was believed that a red Mazda 3 that belongs to both Julia Smith (W/F      1991) and Micah Smith (W/M      91) was somewhere within the neighborhood. At this time, I was instructed by Officer Curry to attempt to locate the vehicle within the neighborhood.**

**While patrolling throughout the neighborhood, I was able to locate the vehicle at the intersection of S Walnut St. and W Cheyenne St. I notified Officer Curry of the location of the vehicle, and observed that no one was inside the vehicle. As I was standing by with the vehicle, Officer Curry notified me that Micah was attempting to pick up their children from Little Building Blocks, located at 29700 W 187th Terrace.**

**I departed the intersection of where the vehicle was located, and went to the location of Micah, along with Corporal Tritt.**

**Upon arrival at Little Building Blocks, Corporal Tritt already had Micah in custody, and proceeded to place Micah in the backseat of his patrol car. Upon attempting to speak with Micah regarding the investigation, Micah requested that a lawyer be present prior to being questioned.**

**At this time, Micah's cell phone was seized as evidence within a separate matter regarding a blackmail investigation, and I was asked to transport Micah to Johnson County Central Booking.**

**I then transported Micah to central booking, where he was charged with Criminal Deprivation of Property, and awaits to be seen by a judge.**

**Micah was cooperative and was transferred to the custody of Johnson County Sheriff's Officer Corrections Officers without incident.**

**Body camera footage from officers on scene will be placed in the Gardner Police Department Property in Evidence Library. All photographs taken of both vehicles were placed into Evidence Library.**

**CURRENT DISPOSITION: I request this case be closed/cleared.**

**NOTHING FURTHER TO REPORT, End of Report**

**Respectfully submitted,**

**Officer B. Fox #717**

| Report Date: | Reporting Officer: |
|---|---|
| **08/23/2023** | **#20131 FOX, B.** |

# KANSAS STANDARD ARREST REPORT

PAGE **1 of 2**

☐ INITIAL  ☐ MODIFY  ☐ ADD  ☐ DELETE

☒ ADULT    ☐ JUVENILE    ☒ DOM VIOLENCE    ☐ RUNAWAY

## ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE OF ARREST | TIME (HH:MM) |
|---|---|---|---|---|
| Gardner Police Department | KS0461200 | 2302498 | 08/23/2023 | 12:43 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | OTHER IDENTIFYING NUMBERS | CAMPUS CODE |
|---|---|---|---|
| 3046E2300868 | | | |

TYPE OF ARREST:  ☒ ON - VIEW  ☐ TAKEN INTO CUSTODY
☐ SUMMONED/CITED - NOT TAKEN INTO CUSTODY  ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY:
☐ HANDLED IN DEPARTMENT  ☐ REFERRED TO OTHER AUTHORITIES

| ARREST/CONTACT LOCATION: | WARRANT # | DATE |
|---|---|---|
| 29700 W 187TH TER, GARDNER, KS 66030 (LITTLE BUILDING BLOCKS) | | |

## ARRESTEE #

| ARRESTEE'S/RUNAWAY NAME   LAST | FIRST | MIDDLE |
|---|---|---|
| SMITH | MICAH | LAWRENCE |

ALIASES - MONIKERS

| ADDRESS   STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|
| 713 S MEADOWBROOK ST, GARDNER, KS 66030 | | | | (Cell phone) (785) 477-0546 |

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / N- RES | AGE | D.O.B. (MMDDCCYY) | PLACE OF BIRTH (STATE / COUNTRY) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5'8" | 175 | BRO | BRO | W | M | N | R | 31 | '1991 | Kansas | USA |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Fair | Average | | |

SCARS - MARKS     TATTOOS     ARRESTEE WORE     APPEARANCE

| DRIVERS LICENSE NUMBER | D L STATE | SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL |
|---|---|---|---|
| K01874426 | KS | | |

TELEPHONE NUMBER (WORK/SCHOOL)   ADDRESS:   STREET     CITY     STATE   ZIP

| ARRESTEE INJURIES | MIRANDA:DATE   TIME (HH:MM)   BY | ARREST APPROVED BY: #20109 TRITT, C. |
|---|---|---|

ARRESTEE ARMED WITH ( MAXIMUM OF 2 )  ☒ UNARMED
☐ HANDGUN  ☐ AUTO  ☐ SHOTGUN  ☐ AUTO
☐ RIFLE  ☐ AUTO  ☐ LETHAL CUTTING INSTRUMENT
☐ OTHER  ☐ AUTO  ☐ CLUB/BLACKJACK/ KNUCKS

ARRESTEE BEHAVIOR (ALL APPLICABLE):
☐ DRUNK  ☐ RESISTED  ☐ BIZARRE BEHAVIOR  ☐ OTHER
☐ DRINKING  ☐ PROFANE  ☐ SUICIDAL REMARKS
☐ INJURED  ☐ LOUD
☒ COOPERATIVE

## ADDITIONAL INCIDENTS/CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|---|
| 2302498 | 08/23/2023 | 21-5803.b.1.A | 240 | ☐ ATTEMPTED  ☒ COMPLETED | ☒ COUNT |

DESCRIPTION
**CRIMINAL DEPRIVATION OF PROPERTY; MOTOR VEHICLE (21-5803.b.1.A)**

☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION    ☐ MULTIPLE  ☐ OUTSIDE AGENCY

TYPE OF THEFT:
M. ☐ COIN MACHINE    L. ☐ SHOPLIFTING    V. ☒ MOTOR VEHICLE
B. ☐ FROM BUILDING   P. ☐ POCKET- PICKING  F. ☐ THEFT FROM M V
A. ☐ M V PARTS & ACC.  S. ☐ PURSE SNATCHING  O. ☐ ALL OTHER
                     E. ☐ EMBEZZLEMENT    N. ☐ NOT APPLICABLE
                     T. ☐ POSS. STOLEN PROP.

LOCAL CODE

ADDITIONAL CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| | | | ☐ ATTEMPTED  ☐ COMPLETED | ☐ COUNT |

DESCRIPTION

☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION    ☐ MULTIPLE  ☐ OUTSIDE AGENCY

TYPE OF THEFT:
M. ☐ COIN MACHINE    L. ☐ SHOPLIFTING    V. ☐ MOTOR VEHICLE
B. ☐ FROM BUILDING   P. ☐ POCKET-PICKING  F. ☐ THEFT FROM M V
A. ☐ M V PARTS & ACC.  S. ☐ PURSE SNATCHING  O. ☐ ALL OTHER
                     E. ☐ EMBEZZLEMENT    N. ☐ NOT APPLICABLE
                     T. ☐ POSS. STOLEN PROP.

LOCAL CODE

ADDITIONAL CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| | | | ☐ ATTEMPTED  ☐ COMPLETED | ☐ COUNT |

DESCRIPTION

☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION    ☐ MULTIPLE  ☐ OUTSIDE AGENCY

TYPE OF THEFT:
M. ☐ COIN MACHINE    L. ☐ SHOPLIFTING    V. ☐ MOTOR VEHICLE
B. ☐ FROM BUILDING   P. ☐ POCKET-PICKING  F. ☐ THEFT FROM M V
A. ☐ M V PARTS  ACC.  S. ☐ PURSE SNATCHING  O. ☐ ALL OTHER
                     E. ☐ EMBEZZLEMENT    N. ☐ NOT APPLICABLE
                     T. ☐ POSS. STOLEN PROP.

LOCAL CODE

ADDITIONAL CHARGES

## VEHICLE

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE # | STATE | YEAR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |
|---|---|---|---|---|
| | | | | |

| OWNER   Last   First   Middle | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

RELEASED TO:     ADDRESS: STREET     CITY     STATE   ZIP     DATE     TIME

| OFFICER | DATE | COPIES TO: | SUPERVISING OFFICER |
|---|---|---|---|
| #20131 FOX, B. | 08/23/2023 | | #20109 TRITT, C. |

# KANSAS STANDARD ARREST REPORT

| | LAST NAME | FIRST NAME | MIDDLE | ADDRESS: STREET | CITY | STATE ZIP |
|---|---|---|---|---|---|---|
| **P A R E N T / G U A R D I A N** | | | | | | |
| | EMPLOYER / SCHOOL | | | ADDRESS: STREET | CITY | STATE ZIP |
| | TELEPHONE NUMBER (HOME ) | | TELEPHONE NUMBER (WORK ) | | TELEPHONE NUMBER (OTHER ) | |
| | LAST NAME | FIRST NAME | MIDDLE | ADDRESS: STREET | CITY | STATE ZIP |
| | EMPLOYER / SCHOOL | | | ADDRESS: STREET | CITY | STATE ZIP |
| | TELEPHONE NUMBER (HOME ) | | TELEPHONE NUMBER (WORK ) | | TELEPHONE NUMBER (OTHER ) | |

State of Kansas     **Johnson**     County, ss:

I,     **#20131 FOX, B.**     of lawful age, after first being duly sworn on oath, on information and belief states:

**N A R R A T I V E / A F F I D A V I T**

On August 23, 2023, at approximately 1124 hours, I was dispatched to 713 S Meadowbrook St., Gardner, Kansas, 66030, in reference to a 911 call. Upon arrival, contact was made with the reporting party, Julia Smith (W/F    91) who stated her husband, with whom she is attempting to divorce, has taken both of their vehicles from their residence, "trapping" her at home. Julia stated her husband, Micah Smith (W/M    91), had posession of a red 2010 Mazda 3, leaving her with dark colored 2019 Suburu Ascent. Julia advised Micah was not currently residing at the house due to relationship problems. Julia stated prior to police arrival, Micah had come to the residence by foot and taken the dark colored Subura Ascent from inside the garage, not allowing Julia to have access to a vehicle.
Shortly after, Officer Curry asked me to search the surrounding streets within the neighborhood, in search of the red Mazda 3. A couple minutes later, I was able to locate the vehicle at the intersection of Cheyenne St. and Walnut St., just a couple blocks from the residence.
Corporal Tritt and I were then notified by Officer Curry that Micah was currently attempting to gather their son from school, Little Building Blocks, where Micah was arrested for Domestic Violence Criminal Deprivation of Property.
Micah was transported to Central Booking where he will be held with no bond until arraignment by the Johnson County District Court.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed   __23rd__   Day Of   __August__   ,   __2023__

X _____ **#20131 FOX, B.** _____

**O T H E R**

EVIDENCE:
☐ LATENT PRINTS ☐ STAINS ☐ WEAPONS - TOOLS ☐ DRUGS ☐ SEXUAL ASSAULT KIT ☐ NONE
☐ OTHER PRINTS ☐ BLOOD ☐ DOCUMENTS ☐ ALCOHOL ☐ DNA
☐ HAIR ☐ SEMEN ☐ PHOTOS    ☐ OTHER (LIST) _____

SUPPORTING DOCUMENTS:
☐ COMMITMENT ORDER ☐ MEDICAL RELEASE ☐ CUSTODY SLIP ☐ INCIDENT REPORT ☐ NONE
☐ COPY OF BOND ☐ JUDGE'S NOTES ☐ SIX-HOUR HOLD ☐ EVIDENCE STORED
☐ BODY RECEIPT ☐ NTAS ☐ PRINTS-PHOTO TAKEN ☐ OTHER (LIST) _____

**R E L E A S E**

TYPE OF RELEASE:
☐ PAROLE ☐ BOND ☐ COURT ORDER ☐ NOTICE TO APPEAR ☐ NO CHARGE FILED ☒ OTHER   **Adult detention center - Olathe**

RELEASING OFFICIAL / AUTHORITY
**#20131 FOX, B.**

| BAIL BOND AGENT | BOND AMOUNT POSTED |
|---|---|
| | |

| DATE OF RELEASE | TIME (HH:MM) | AUTHORITY |
|---|---|---|
| **08/23/2023** | **13:50** | **#20131 FOX, B.** |

COMMENTS: