Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
U.S. District Court
District of Kansas

SEP 12 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| Micah Lawrence James Smith<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Julia Brooks Hansen<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:24-CV-02376<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I.  **The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Julia Brook Hansen |
| Street Address | 713 South Meadowbrook Street |
| City and County | Gardner, Johnson |
| State and Zip Code | KS |
| Telephone Number | 913-226-2568 |
| E-mail Address | stiljulles32@gmail.com |

II.  **The Answer and Defenses to the Complaint**

A.  **Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

1. Admitted is a resident of the State of Kansas
2. I do not know
3. I do not know
4. I do not know
5. I do not know
6. Admitted is a resident of the State of Kansas
7. I do not know
8. I do not know
9. I do not know
10. I do not know
11. I do not know
12. I do not know
13. I do not know
    a. Denied
    b. I do not know
    c. I do not know
    d. I do not know
    e. I do not know
    f. Denied
    g. I do not know
    h. I do not know
    i. I do not know
    j. I do not know
    k. I do not know
    l. I do not know
    m. I do not know
    n. I do not know
14. Denied
15. Denied
16. Denied
17. Denied
18. Admitted the charge is valid
19. Admitted police were called for child custody issue
20. Admitted
21. Admitted Eric Windler was called
22. Denied
23. Denied
24. Denied
25. Denied
26. Denied
27. Admitted to have experienced this act
28. Denied
29. Admitted to having conversations
30. Denied
31. Denied

32. Denied
33. Denied
34. Admitted
35. Denied
36. Denied
37. Denied
38. Denied
39. Denied
40. Denied
41. Denied
42. Denied
43. I do not know
44. I do not know
45. I do not know
46. Denied
47. Denied
48. Denied
49. I do not know
50. I do not know
51. I do not know
52. I do not know
53. I do not know
54. I do not know
55. I do not know
56. Denied
57. Denied
58. I do not know
59. I do no know
60. Denied
61. Denied
62. I do not know
63. I do not know
64. I do not know
65. Denied
66. Denied
67. I do not know
68. I do not know
69. I do not know
70. I do not know
71. Denied
72. I do not know
73. I do not know
74. Denied
75. Denied
76. I do not know
77. Denied
78. Denied
79. I do not know
80. I do not know
81. I do not know
82. Denied
83. Denied
84. I do not know
85. Denied

86. I do not know
87. Denied
    a. I do not know
    b. I do not know
    c. I do not know
    d. I do not know
    e. I do not know
    f. I do not know
    g. I do not know
88. I do not know
89. Denied
90. I do not know
91. I do not know
92. Denied
93. Denied
94. Denied
95. Denied
96. Denied
97. Denied
98. Denied
99. Denied
100. Denied
101. I do not know
102. Denied
103. Denied
104. Denied
105. Denied
106. Denied
107. Denied
108. I do not know
109. Denied
110. Denied
111. Denied
112. Denied
113. I do not know
114. I do not know
115. Denied
116. Denied
117. I do not know
118. I do not know
119. Denied
120. Denied
121. Denied
122. Denied
123. I do not know
124. I do not know
125. I do not know

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

### III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     9/10/2024

Signature of Defendant     *Julia Brooks Hansen*

Printed Name of Defendant     Julia Brooks Hansen

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address