## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICAH LAWRENCE JAMES SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:24-cv-02376 |
| | ) | |
| STEPHEN M. HOWE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT CITY OF LENEXA'S MOTION TO DISMISS

COMES NOW Defendant City of Lenexa ("Lenexa"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss all Counts against Lenexa contained in Plaintiff Micah Smith's Complaint (Doc. 1), for failure to state a claim upon which relief can be granted. Pursuant to D. Kan. Rule 7.1, in support of this Motion, Lenexa is contemporaneously filing a Memorandum in Support. Pursuant to D. Kan. Rule 7.2, Lenexa respectfully requests oral argument on this Motion.

Respectfully submitted,

/s/ Spencer L. Throssell
Spencer L. Throssell, KS #25699
Assistant City Attorney
City of Lenexa, Kansas
17101 W. 87th St. Pkwy
Lenexa, KS 66219
(913) 477-7626/Fax: (913) 477-7639
sthrossell@lenexa.com
**ATTORNEY FOR DEFENDANT CITY OF
LENEXA, KANSAS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on Plaintiff's counsel on this 25th day of September, 2024, via the CM/ECF system, which likewise provided notice to all Parties or counsel for all Parties.

/s/ Spencer L. Throssell
*Attorney for the City of Lenexa, Kansas*