## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:24-CV-02376

Plaintiff/Petitioner:
**MICAH LAWRENCE JAMES SMITH**

vs.

Defendant/Respondent:
**STEPHEN M HOWE, et al**

Received by HPS Process Service & Investigations to be served on **Chelsea Beshore, Johnson County District Attorney, 150 West Santa Fe Street, Olathe, KS 66061**.

I, SHELBY STAUBLE, do hereby affirm that on the **22nd day of August, 2024** at **4:18 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **Summons in a Civil Action; Notice; Complaint; Civil Cover Sheet; and Exhibits 1-3** at the address of **21473 West 121st Terrace, Olathe, KS 66061**.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

_____
**SHELBY STAUBLE**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2024012873

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Micah Lawrence James Smith <br><br> *Plaintiff(s)* <br> v. <br> Stephen M. Howe; Chelsea Beshore; Eric Windler; The City of Lenexa, Kansas; Julia Brooks Hansen; Christopher Tritt; Kevin Curry; Brandon Fox; and The City of Gardner, Kansas <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-02376 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHELSEA BESHORE, JOHNSON COUNTY DISTRICT ATTORNEY, Both in her officia capacity and her individual capacity,
150 W. Santa Fe St., Olathe, Kansas 66061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerald Lee Cross, Jr.
Cross Law Firm, LLC
8001 Conser St., Ste. 280
Overland Park, Kansas 66204
Tel: 816.454.5297
Fax: 913.904.1650
lcross@crosslawfirm.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/22/2024

s/ J. Kendall
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02376

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chelsea Beshore

was received by me on *(date)* 8/22/24.

☒ I personally served the summons on the individual at *(place)* 21473 W 121st Ter Olathe KS 66061 on *(date)* 8/22/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/22/24

SS
Server's signature

PPS  Shelby Stauble
Printed name and title

Server's address

Additional information regarding attempted service, etc: