# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICAH LAWRENCE JAMES SMITH ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.: 2:24-cv-02376-EFM-RES |
| ) | |
| STEPHEN M. HOWE, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS DISTRICT ATTORNEY STEPHEN M. HOWE'S AND ASSISTANT DISTRICT ATTORNEY CHELSEA BESHORE'S MOTION TO QUASH, OR IN THE ALTERNATIVE, MOTION TO DISMISS

Pursuant to Fed. Rs. Civ. P. 12(b)(1) and (b)(5), Defendant District Attorney Stephen M. Howe ("Defendant Howe") and Assistant District Attorney Chelsea Beshore ("Defendant Beshore") move this Court to quash service of process on them, as Plaintiff Micah Lawrence James Smith failed to sufficiently serve this lawsuit. Namely, Plaintiff failed to serve process in accordance with Fed. R. Civ. P. 4(j)(2)(A) or (B) by failing to serve this official capacity lawsuit on the chief executive officer or alternatively, in the manner prescribed by Kansas state law. Accordingly, this Court lacks personal jurisdiction over these defendants. Alternatively, if this Court finds service adequate, Defendants Howe and Beshore move for dismissal of this Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), as the claims against defendants in their official capacity are procedurally barred by sovereign immunity.

WHEREFORE, Defendant District Attorney Stephen M. Howe and Assistant District Attorney Chelsea Beshore respectfully request that this Court quash service of process as insufficient under Fed. R. Civ. P. 12(b)(5), or alternatively, dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1).

DATED: January 9, 2025

        **MYERS LONGHOFER, LLC**

        */s/ Rachael D. Longhofer*
        Rachael D. Longhofer     #25451
        Michael Lydon-Lorson     #29715
        7400 W. 130th Street, Suite 200
        Overland Park, KS 66213
        Phone: (913) 586-6300
        Fax: (913) 586-6304
        rachael@myerslonghofer.com
        michael@myerslonghofer.com
        **ATTORNEY FOR DEFENDANTS DISTRICT ATTORNEY STEPHEN M. HOWE AND ASSISTANT DISTRICT ATTORNEY CHELSEA BESHORE**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all attorneys of record.

        */s/ Rachael D. Longhofer*
        **ATTORNEY FOR DEFENDANTS**